# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Timothy David Hart,<br>    Petitioner,<br>v.<br>Attorney General of the State of Arizona,<br>    Respondent. | No. CV-17-00614-PHX-JJT (DMF)<br>**ORDER** |

At issue is the Report and Recommendation ("R&R")(Doc 14) submitted by United States Magistrate Judge Deborah M. Fine, recommending that petitioner David W. Swan's Amended Petition under 28 U.S.C. Section 2254 for a Writ of Habeas Corpus (Doc. 7) be denied and dismissed with prejudice. Judge Fine submitted the R&R on May 11, 2018, advising Petitioner therein that he must file any objections to it within fourteen days, or by May 26, 2018. Petitioner filed no objections by that time or at any time thereafter. The Court thus may accept the R&R without further review, per *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Nonetheless, the Court has reviewed the Amended Petition, the Response (Doc. 12), all accompanying materials, and the R&R on the merits. Upon so doing, the Court concludes that the R&R as drafted by Judge Fine is well grounded in fact and correctly analyzes the law. Judge Fine's conclusion that the Petition as amended was procedurally barred, and without excuse, is correct. The Court therefore will deny the Amended Petition and dismiss it with prejudice.

IT IS ORDERED adopting in whole the R&R submitted in this matter by Judge Fine. (Doc. 34.)

IT IS FURTHER ORDERED denying, and dismissing with prejudice, the Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 7).

IT IS FURTHER ORDERED denying a Certificate of Appealability, as the dismissal of this Petition is justified by a plain procedural bar and reasonable jurists would not find the procedural ruling debatable.

IT IS FURTHER ORDERED that the Clerk of Court shall enter judgment accordingly and close this matter.

Dated this 15th day of November, 2018.

Honorable John J. Tuchi
United States District Judge